IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALIK N. ABDULLAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:16-CV-00920-MAB |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| DR. LOUIS SCHICKER, VIPIN SHAH, ) | |
| MICHAEL SCOTT, CHRISTINE ) | |
| BROWN, ANGEL RECTOR, ) | |
| JACQUELINE LASHBROOK, ) | |
| MICHAEL EDWARDS, THOMAS ) | |
| SPILLER, AND ILLINOIS ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on November 4, 2016 (Doc. 12), Defendants Louis Schicker, Christine Brown, Angel Rector, Michael Edwards, and Thomas Spiller were **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on March 26, 2019 (Doc. 175), Defendant Michael Scott was **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on February 27, 2020 (Doc. 232) and the Order entered on October 28, 2020 (Doc 249), all claims have now been settled or otherwise resolved, and this action is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise

provided in the settlement documents. The remaining Defendants Vipin Shah, Jacqueline Lashbrook, Wexford Health Sources, Inc., and the Illinois Department of Corrections are **DISMISSED with prejudice.**

DATED: October 28, 2020

           **MARGARET M. ROBERTIE,**
           **Clerk of Court**

           BY: _/s/ Jennifer Jones_
                **Deputy Clerk**

APPROVED: Mark A. Beatty
           **MARK A. BEATTY**
           **United States Magistrate Judge**